IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA DOWNS and | ) | |
| R. ALLEN DOWNS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv758-MHT |
| | ) | (WO) |
| REGIONS BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court as follows:

(1) Defendant Region Bank's motion for summary judgment (Doc. No. 27) is granted as to plaintiff Linda Downs's federal (Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634; Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 1981a, 2000e to 2000e-17; and Right to Financial Privacy Act, 12 U.S.C. §§ 3401-3422) claims.

(2) Judgment is entered in favor of defendant Regions Bank and against plaintiff Linda Downs on the federal claims, with plaintiff Linda Downs taking nothing as to her federal claims.

(3) Plaintiff Linda Downs's state-law (Alabama's Age Discrimination in Employment Act, 1975 Ala. Code § 25-1-20 to -29; libel; slander; defamation of character; intentional infliction of emotional distress; and false imprisonment) claims and plaintiff R. Allen Downs's state-law (loss-of-consortium) claim are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff Linda Downs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of January, 2010.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**